# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Maryland

**The Huntington National Bank**

        Plaintiff(s),

VS.

**Ayodeji Rotimi, et al.**

        Defendant(s).

Attorney: Alfred D. Carry

Dickinson Wright PLLC
1825 Eye St. N.W., Suite 900
Washington DC 20006



*348105*

**Case Number: 8:25-cv-04053-TDC**

Legal documents received on **12/12/2025** at **11:03 AM** to be served upon **Ayodeji Rotimi** at **15621 Quince Orchard Road, North Potomac, MD 20878**.

I, **Ian Chen**, swear and affirm that on **December 14, 2025** at **6:48 PM**, I did the following:

**Substitute** Served **Ayodeji Rotimi** by leaving a conformed copy of this **Summons in a Civil Action; Complaint; Exhibits; Local Rule 103.3 Disclosure Statement of Plaintiff the Huntington National Bank; Motion for Admission Pro Hac Vice of Stephen M. Montgomery; Order (Blank); Notice of Electronic Filing; Case Management Order** at **15621 Quince Orchard Road, North Potomac, MD 20878**, the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older and who stated that he/she resides therein with the defendant to wit: **Bunmi Tolu**, as **Sister & Co-Resident** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 35 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Black Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: **Dec. 15, 2025**

**Ian Chen**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job
ID:348105

